FILED

NOV 0 2 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 06-100-GF-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| MISTY ILENE RAY, | |
| Defendant. | |

Pending before the Court is the United States' Request for Entry of Final Order in Garnishment filed on November 1, 2016.

On July 5, 2016, the Court entered a Writ of Continuing Garnishment to Loaf-N-Jug against the property of Defendant. An Answer of Continuing Garnishment from Kroger Accounting Service Hutchinson, HRSSC was filed on October 11, 2016. The answer does not comply with 28 U.S.C. § 3205(c)(4).

ORDERED:

1. The United States shall serve the garnishee, Loaf-N-Jug, with a copy

of the writ of garnishment accompanied by "an instruction explaining the requirement that the garnishee [Loaf-N-Jug] submit a written answer to the writ"[1] in compliance with 28 U.S.C. § 3205(c)(4) on or before November 14, 2016.

2. The United States' Request for Entry of Final Order in Garnishment[2] is DENIED without prejudice to renewal upon compliance with 28 U.S.C. § 3205(c)(4).

DATED this 2nd day of November, 2016.

SAM E. HADDON
United States District Judge

---

[1] 28 U.S.C. § 3205(c)(3).

[2] Doc. 50.